UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
UNITED STATES OF AMERICA, :
: CASE NO. 5:11-CR-328
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Doc. No. 86]
DAZZLE JOE YOUNG, :
:
Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 8, 2012, a jury convicted Dazzle Joe Young of having both a felony conviction and a firearm, in violation of 18 U.S.C. § 922(g)(1). *See* [Doc. 69]. The Court sentenced Young to 188 months' imprisonment. *See* [Doc. 84]. Young appealed. *See* [Doc. 85].

Five days later, Young, now proceeding pro se and copying the "Governor of Ohio" and the "President of The United States," moved this Court "to reconsider and modify [his] sentence," arguing that it "lacks-subject-matter jurisdiction." [Doc. 86]. To top it off, Young "warn[ed]" that a "criminal complaint will be filed against Judge, James S. Gwin on the grounds of conspiracy to commit a crime if the judge ignores, rejects, or denies the defendant's motion to reconsider.....Memorandum of law...etc." *Id.* (ellipses in original). The Court of Appeals held Young's appeal in abeyance until this Court resolved Young's motion for reconsideration. *See* [Doc. 88]. Here, it does:

Case No. 5:11-CR-328
Gwin, J.

Young's motion is **DENIED**. Whatever the "'Peace And Friendship Treaty,' of 1887," [Doc. 86], is or says, it does not deprive this Court of subject-matter jurisdiction over Young's offense.

IT IS SO ORDERED.


Dated: August 14, 2012                    s/     *James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE